BEFORE THE FIRST DIVISION, NOVEMBER 21, 1963

No. 68128.—Rene R. Romero and National Import Co. v. United States, protest 59/29914 (San Diego).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiffs was sustained.

No. 68129.—Max Eckardt & Sons, Division of Thor Corp. v. United States, protest 59/15712 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.